170 A.3d 340

A.V., PLAINTIFF–PETITIONER, v. VICTOR ASHRAFI, J.A.D., MI-
CHAEL A. GUADAGNO, J.A.D., MARIANNE ESPINOSA, J.A.D.,
RICHARD J. GUSS, PETER E. DOYNE, A.J.S.C., DEFEN-
DANTS–RESPONDENTS, AND RICHARD A. GRODECK, DE-
FENDANT–RESPONDENT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005241–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.